E-FILED
Tuesday, 21 March, 2006 11:39:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHRISTOPHER HOLLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No 06-3060 |
| | ) |
| DENTAL ASSISTANT "JANE DOE", | ) |
| Individually, et al., | ) |
| | ) |
| Defendants. | ) |

## APPLICATION TO PROCEED IN FORMA PAUPERIS

NOW COMES Plaintiff, CHRISTOPHER HOLLY, pro se pursuant to 28 U.S.C. § 1915(g), and submits his Application To Proceed In Forma Pauperis. In support of his Application, Plaintiff states as follows:

1.  Plaintiff has accumulated three (3) strikes under 28 U.S.C. § 1915(g).

2.  Section 1915(g) has an exception which allows a prisoner under "imminent danger of serious physical injury" to proceed under In Forma Pauper status, even though they have three strikes.

3.  Plaintiff alleges the Defendants failure to treat Plaintiffs dental condition, has placed Plaintiff of risk of "loosing" several teeth, due to the continual advancement of said cavities in question.

4.  Plaintiff is the above Plaintiff in the captioned-cause.

5.  Plaintiff is currently incarcerated within Logon Correctional Center.

6.  Plaintiff's curent State Pay is $10.00 per month.

7.  Plaintiff does not possess any realestate, savings and or checking account[s], and or any other tangible item of value over $100.00.

8.    Plaintiff has been incarcerated since 12/07/98.

9.    I believe in good faith I have a meritorious claim.

10.   I have attached a 6 month print out of my trust fund balance.

      Pursuant to penalty of perjury, I declare the above information
is true and accurate to the best of my knowledge.

                                        Respectfully submitted,

                                        *Christopher Holly*
                                        Christopher Holly, CPL
                                        **Pro Se Plaintiff**

Christopher Holly
R12805
P.O. Box 1000
Lincoln, IL 62656

Date:    03/17/2006    **Logan Correctional Center**    Page 1
Time:    9:11am    **Trust Fund**
d_list_inmate_trans_statement_composite    Inmate Transaction Statement

REPORT CRITERIA  -  Date: 01/01/2006 thru End;    Inmate: R12805;    Active Status Only ? : No;    Print
Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include
Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: R12805 Holly, Christophe**    **Housing Unit: LOG-03-S -03**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 0.00 |
| 02/10/06 | Mail Room | 04 Intake and Transfers In | 041272 | 62538 | Taylorville C.C. | 29.84 | 29.84 |
| 02/14/06 | Disbursements | 84 Library | 045350 | Chk #25389 | 84-092, DOC - Library Copies,    Inv. Date: 02/09/2006 | -1.20 | 28.64 |
| 02/14/06 | Disbursements | 81 Legal Postage | 045350 | Chk #25390 | 81-107, DOC: 523 Fund Reimburs, Inv. Date: 02/09/2006 | -.63 | 28.01 |
| 02/14/06 | Disbursements | 81 Legal Postage | 045350 | Chk #25390 | 81-107, DOC: 523 Fund Reimburs, Inv. Date: 02/09/2006 | -.39 | 27.62 |
| 02/14/06 | Disbursements | 81 Legal Postage | 045350 | Chk #25390 | 81-107, DOC: 523 Fund Reimburs, Inv. Date: 02/09/2006 | -.39 | 27.23 |
| 02/14/06 | Disbursements | 90 Medical Co-Pay | 045350 | Chk #25390 | 90-135, DOC: 523 Fund Reimburs, Inv. Date: 02/08/2006 | -2.00 | 25.23 |
| 02/16/06 | Mail Room | 01 MO/Checks (Not Held) | 047272 | 800574495 | Holly, Nancy | 25.00 | 50.23 |
| 02/16/06 | Point of Sale | 60 Commissary | 047715 | 490448 | Commissary | -35.17 | 15.06 |
| 02/21/06 | Mail Room | 04 Intake and Transfers In | 052272 | 62581 | Taylorville C.C. | 14.40 | 29.46 |
| 02/24/06 | Point of Sale | 60 Commissary | 055747 | 491978 | Commissary | -9.55 | 19.91 |
| 02/27/06 | Disbursements | 84 Library | 058350 | Chk #25538 | 84-094, DOC: 523 Fund Library, Inv. Date: 02/22/2006 | -.30 | 19.61 |
| 02/27/06 | Disbursements | 84 Library | 058350 | Chk #25538 | 84-093, DOC: 523 Fund Library, Inv. Date: 02/15/2006 | -.40 | 19.21 |
| 02/27/06 | Disbursements | 84 Library | 058350 | Chk #25538 | 84-095, DOC: 523 Fund Library, Inv. Date: 02/24/2006 | -18.10 | 1.11 |
| 02/27/06 | Disbursements | 80 Postage | 058350 | Chk #25539 | 80-459, DOC: 523 Fund Reimburs, Inv. Date: 02/15/2006 | -.87 | .24 |
| 02/27/06 | Mail Room | 01 MO/Checks (Not Held) | 058259 | 08586507958 | Holly, Nancy | 25.00 | 25.24 |

*This office has not Received A voucher for such postage.*

*The Personal Property has you on their CALL line 3/2/06 to discuss this issue.*

| | | |
|---|---|---|
| **Total Inmate Funds:** | | 25.24 |
| **Less Funds Held For Orders:** | | .00 |
| **Less Funds Restricted:** | | 7.56 |
| **Funds Available:** | | 17.68 |
| **Total Furloughs:** | | .00 |
| **Total Voluntary Restitutions:** | | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 02/27/2006 | 81-113 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.83 |
| 02/27/2006 | 81-113 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.35 |
| 02/27/2006 | 81-113 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.11 |
| 02/27/2006 | 81-113 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.27 |
| | | | | **Total Restrictions:** | $7.56 |

*The trust Fund Office*

**Taylorville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA  -  Date: Start thru End;     Inmate: R12805;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: R12805 Holly, Christophe**                    **Housing Unit: TAY-1A-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/23/06 | Disbursements | 84 Library | 023305 | Chk #62441 | 181984, DOC: 523 Fund Library, Inv. Date: 01/19/2006 | -2.40 | 52.25 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181809, DOC: 523 Fund Reimburs, Inv. Date: 01/18/2006 | -.63 | 51.62 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181810, DOC: 523 Fund Reimburs, Inv. Date: 01/18/2006 | -.63 | 50.99 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181806, DOC: 523 Fund Reimburs, Inv. Date: 01/18/2006 | -.39 | 50.60 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181815, DOC: 523 Fund Reimburs, Inv. Date: 01/18/2006 | -.39 | 50.21 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181807, DOC: 523 Fund Reimburs, Inv. Date: 01/18/2006 | -.39 | 49.82 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181804, DOC: 523 Fund Reimburs, Inv. Date: 01/18/2006 | -1.35 | 48.47 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181812, DOC: 523 Fund Reimburs, Inv. Date: 01/18/2006 | -2.07 | 46.40 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181265, DOC: 523 Fund Reimburs, Inv. Date: 01/05/2006 | -.60 | 45.80 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181430, DOC: 523 Fund Reimburs, Inv. Date: 01/09/2006 | -.39 | 45.41 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181805, DOC: 523 Fund Reimburs, Inv. Date: 01/18/2006 | -2.07 | 43.34 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181811, DOC: 523 Fund Reimburs, Inv. Date: 01/18/2006 | -.63 | 42.71 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181631, DOC: 523 Fund Reimburs, Inv. Date: 01/12/2006 | -3.03 | 39.68 |
| 01/23/06 | Disbursements | 81 Legal Postage | 023305 | Chk #62442 | 181632, DOC: 523 Fund Reimburs, Inv. Date: 01/12/2006 | -7.15 | 32.53 |
| 01/25/06 | Point of Sale | 60 Commissary | 025728 | 98321069 | Commissary | -22.93 | 9.60 |
| 01/30/06 | Disbursements | 84 Library | 030305 | Chk #62486 | 182108, DOC - Library Copies,    Inv. Date: 01/23/2006 | -.40 | 9.20 |
| 01/30/06 | Disbursements | 84 Library | 030305 | Chk #62486 | 182118, DOC - Library Copies,    Inv. Date: 01/23/2006 | -6.00 | 3.20 |
| 01/30/06 | Disbursements | 84 Library | 030305 | Chk #62486 | 182107, DOC - Library Copies,    Inv. Date: 01/23/2006 | -1.50 | 1.70 |
| 01/30/06 | Disbursements | 81 Legal Postage | 030305 | Chk #62487 | 182103, DOC: 523 Fund Reimburs, Inv. Date: 01/23/2006 | -.39 | 1.31 |
| 01/30/06 | Disbursements | 81 Legal Postage | 030305 | Chk #62487 | 182101, DOC: 523 Fund Reimburs, Inv. Date: 01/23/2006 | -.26 | 1.05 |
| 01/30/06 | Disbursements | 81 Legal Postage | 030305 | Chk #62487 | 182100, DOC: 523 Fund Reimburs, Inv. Date: 01/23/2006 | -.26 | .79 |
| 01/30/06 | Disbursements | 81 Legal Postage | 030305 | Chk #62487 | 182099, DOC: 523 Fund Reimburs, Inv. Date: 01/23/2006 | -.63 | .16 |

| | |
|---|---|
| Total Inmate Funds: | .16 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 5.03 |
| Funds Available: | -4.87 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 1/30/2006

Time:    11:20am

d_list_inmate_trans_statement_composite

# Taylorville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA  -  Date: Start thru End;     Inmate: R12805;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: R12805 Holly, Christophe**                          **Housing Unit: TAY-1A-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180494, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -2.44 | 22.46 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180958, DOC: 523 Fund Reimburs, Inv. Date: 12/29/2005 | -.37 | 22.09 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180964, DOC: 523 Fund Reimburs, Inv. Date: 12/29/2005 | -2.21 | 19.88 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180483, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -1.29 | 18.59 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 179957, DOC: 523 Fund Reimburs, Inv. Date: 12/16/2005 | -1.98 | 16.61 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180481, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -.60 | 16.01 |
| 01/12/06 | Disbursements | 80 Postage | 012305 | Chk #62379 | 180268, DOC: 523 Fund Reimburs, Inv. Date: 12/19/2005 | -.83 | 15.18 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180723, DOC: 523 Fund Reimburs, Inv. Date: 12/28/2005 | -.37 | 14.81 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 179953, DOC: 523 Fund Reimburs, Inv. Date: 12/16/2005 | -.60 | 14.21 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180495, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -3.95 | 10.26 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 179681, DOC: 523 Fund Reimburs, Inv. Date: 12/13/2005 | -.37 | 9.89 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180491, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -.83 | 9.06 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 179682, DOC: 523 Fund Reimburs, Inv. Date: 12/13/2005 | -1.29 | 7.77 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 179810, DOC: 523 Fund Reimburs, Inv. Date: 12/14/2005 | -.60 | 7.17 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 181028, DOC: 523 Fund Reimburs, Inv. Date: 12/30/2005 | -.37 | 6.80 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180493, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -1.06 | 5.74 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 179952, DOC: 523 Fund Reimburs, Inv. Date: 12/16/2005 | -.60 | 5.14 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180489, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -1.06 | 4.08 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 179683, DOC: 523 Fund Reimburs, Inv. Date: 12/13/2005 | -1.06 | 3.02 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 179958, DOC: 523 Fund Reimburs, Inv. Date: 12/16/2005 | -.83 | 2.19 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180369, DOC: 523 Fund Reimburs, Inv. Date: 12/19/2005 | -.37 | 1.82 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 181262, DOC: 523 Fund Reimburs, Inv. Date: 01/05/2006 | -.60 | 1.22 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 181263, DOC: 523 Fund Reimburs, Inv. Date: 01/05/2006 | -.83 | .39 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 181264, DOC: 523 Fund Reimburs, Inv. Date: 01/05/2006 | -.37 | .02 |
| 01/18/06 | Mail Room | 01 MO/Checks (Not Held) | 018205 | 800574449 | Holly, Nancy | 50.00 | 50.02 |
| 01/18/06 | Mail Room | 01 MO/Checks (Not Held) | 018205 | 800574450 | Holly, Nancy | 35.00 | 85.02 |
| 01/18/06 | Disbursements | 84 Library | 018305 | Chk #62401 | 181278, DOC - Library Copies, Inv. Date: 01/05/2006 | -3.70 | 81.32 |
| 01/18/06 | Disbursements | 84 Library | 018305 | Chk #62423 | 181821, DOC: 523 Fund Library, Inv. Date: 01/18/2006 | -4.10 | 77.22 |
| 01/19/06 | Disbursements | 88 Miscellaneous Payables | 019305 | Chk #62439 | 181989, Walkenhorst's, Inv. Date: 01/19/2006 | -20.97 | 56.25 |
| 01/23/06 | Disbursements | 84 Library | 023305 | Chk #62441 | 181977, DOC: 523 Fund Library, Inv. Date: 01/19/2006 | -1.60 | 54.65 |

Date:  1/30/2006
Time:    11:20am

d_list_inmate_trans_statement_composite

# Taylorville Correctional Center
## Trust Fund
Inmate Transaction Statement

REPORT CRITERIA  -  Date: Start thru End;      Inmate: R12805;      Active Status Only ? : No;      Print Restrictions ? : Yes;      Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print Balance Errors Only ? : No

**Inmate: R12805 Holly, Christophe**                    **Housing Unit: TAY-1A-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/12/05 | Disbursements | 80 Postage | 346305 | Chk #62145 | 178218, DOC: 523 Fund Reimburs, Inv. Date: 11/18/2005 | -1.75 | 101.85 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178275, DOC: 523 Fund Reimburs, Inv. Date: 11/18/2005 | -.37 | 101.48 |
| 12/12/05 | Disbursements | 80 Postage | 346305 | Chk #62145 | 178984, DOC: 523 Fund Reimburs, Inv. Date: 12/05/2005 | -.37 | 101.11 |
| 12/12/05 | Disbursements | 80 Postage | 346305 | Chk #62145 | 179352, DOC: 523 Fund Reimburs, Inv. Date: 12/09/2005 | -1.52 | 99.59 |
| 12/12/05 | Disbursements | 80 Postage | 346305 | Chk #62145 | 179353, DOC: 523 Fund Reimburs, Inv. Date: 12/09/2005 | -1.29 | 98.30 |
| 12/12/05 | Disbursements | 80 Postage | 346305 | Chk #62145 | 178785, DOC: 523 Fund Reimburs, Inv. Date: 11/29/2005 | -1.29 | 97.01 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178931, DOC: 523 Fund Reimburs, Inv. Date: 12/02/2005 | -1.29 | 95.72 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178437, DOC: 523 Fund Reimburs, Inv. Date: 11/21/2005 | -.37 | 95.35 |
| 12/14/05 | Mail Room | 01 MO/Checks (Not Held) | 348225 | AF6939737 | Treasure Of, State | .23 | 95.58 |
| 12/14/05 | Point of Sale | 60 Commissary | 348726 | 98316754 | Commissary | -61.22 | 34.36 |
| 12/19/05 | Disbursements | 84 Library | 353305 | Chk #62179 | 179963, DOC - Library Copies,     Inv. Date: 12/16/2005 | -4.80 | 29.56 |
| 12/19/05 | Disbursements | 84 Library | 353305 | Chk #62179 | 179961, DOC - Library Copies,     Inv. Date: 12/16/2005 | -1.50 | 28.06 |
| 12/19/05 | Disbursements | 84 Library | 353305 | Chk #62179 | 179515, DOC - Library Copies,     Inv. Date: 12/12/2005 | -1.20 | 26.86 |
| 12/19/05 | Disbursements | 84 Library | 353305 | Chk #62179 | 179513, DOC - Library Copies,     Inv. Date: 12/12/2005 | -.30 | 26.56 |
| 12/19/05 | Disbursements | 84 Library | 353305 | Chk #62179 | 179814, DOC - Library Copies,     Inv. Date: 12/14/2005 | -1.10 | 25.46 |
| 12/19/05 | Disbursements | 84 Library | 353305 | Chk #62179 | 179966, DOC - Library Copies,     Inv. Date: 12/16/2005 | -.10 | 25.36 |
| 12/19/05 | Disbursements | 84 Library | 353305 | Chk #62179 | 179692, DOC - Library Copies,     Inv. Date: 12/13/2005 | -4.70 | 20.66 |
| 12/20/05 | Mail Room | 01 MO/Checks (Not Held) | 354205 | 800574396 | Holly, Nancy | 40.00 | 60.66 |
| 12/21/05 | Point of Sale | 60 Commissary | 355726 | 98317692 | Commissary | -21.43 | 39.23 |
| 01/03/06 | Disbursements | 84 Library | 003305 | Chk #62291 | 180966, DOC - Library Copies,     Inv. Date: 12/29/2005 | -6.90 | 32.33 |
| 01/03/06 | Disbursements | 84 Library | 003305 | Chk #62291 | 180722, DOC - Library Copies,     Inv. Date: 12/28/2005 | -1.00 | 31.33 |
| 01/03/06 | Disbursements | 84 Library | 003305 | Chk #62291 | 180721, DOC - Library Copies,     Inv. Date: 12/28/2005 | -.40 | 30.93 |
| 01/12/06 | Payroll | 20 Payroll Adjustment | 012105 | | P/R month of 12/2005 | 14.40 | 45.33 |
| 01/12/06 | Disbursements | 84 Library | 012305 | Chk #62369 | 180715, DOC - Library Copies,     Inv. Date: 12/28/2005 | -16.00 | 29.33 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180959, DOC: 523 Fund Reimburs, Inv. Date: 12/29/2005 | -.83 | 28.50 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 179680, DOC: 523 Fund Reimburs, Inv. Date: 12/13/2005 | -.60 | 27.90 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180480, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -.60 | 27.30 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180482, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -.37 | 26.93 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180486, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -.60 | 26.33 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180490, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -.60 | 25.73 |
| 01/12/06 | Disbursements | 81 Legal Postage | 012305 | Chk #62379 | 180492, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2005 | -.83 | 24.90 |

Date:   1/30/2006
Time:   11:20am

d_list_inmate_trans_statement_composite

# Taylorville Correctional Center
## Trust Fund
Inmate Transaction Statement

REPORT CRITERIA  -  Date: Start thru End;       Inmate: R12805;       Active Status Only ? : No;       Print Restrictions ? :
Yes;      Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? :
Yes;      Print Balance Errors Only ? : No

**Inmate: R12805 Holly, Christophe**                            **Housing Unit: TAY-1A-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177738, DOC: 523 Fund Reimburs, Inv. Date: 11/08/2005 | -1.52 | 71.62 |
| 11/14/05 | Disbursements | 90 Medical Co-Pay | 318305 | Chk #61937 | 177267, DOC: 523 Fund Reimburs, Inv. Date: 10/27/2005 | -2.00 | 69.62 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177392, DOC: 523 Fund Reimburs, Inv. Date: 10/31/2005 | -.37 | 69.25 |
| 11/14/05 | Disbursements | 80 Postage | 318305 | Chk #61937 | 177384, DOC: 523 Fund Reimburs, Inv. Date: 10/31/2005 | -.60 | 68.65 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177393, DOC: 523 Fund Reimburs, Inv. Date: 10/31/2005 | -.37 | 68.28 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177736, DOC: 523 Fund Reimburs, Inv. Date: 11/08/2005 | -1.06 | 67.22 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177118, DOC: 523 Fund Reimburs, Inv. Date: 10/25/2005 | -.37 | 66.85 |
| 11/14/05 | Point of Sale | 60 Commissary | 318712 | 98313634 | Commissary | -8.32 | 58.53 |
| 11/21/05 | Disbursements | 84 Library | 325305 | Chk #61966 | 178175, DOC - Library Copies,    Inv. Date: 11/16/2005 | -2.10 | 56.43 |
| 11/22/05 | Disbursements | 88 Miscellaneous Payables | 326305 | Chk #62004 | 178549, Walkenhorst's,    Inv. Date: 11/22/2005 | -37.94 | 18.49 |
| 11/28/05 | Disbursements | 84 Library | 332305 | Chk #62031 | 178603, DOC - Library Copies,   Inv. Date: 11/23/2005 | -2.50 | 15.99 |
| 11/30/05 | Point of Sale | 60 Commissary | 334726 | 98315160 | Commissary | -6.78 | 9.21 |
| 12/08/05 | Payroll | 20 Payroll Adjustment | 342105 | | P/R month of 11/2005 | 15.03 | 24.24 |
| 12/08/05 | Mail Room | 01 MO/Checks (Not Held) | 342205 | 800574361 | Holly, Nancy | 50.00 | 74.24 |
| 12/08/05 | Mail Room | 01 MO/Checks (Not Held) | 342205 | 800574362 | Holly, Nancy | 50.00 | 124.24 |
| 12/09/05 | Disbursements | 84 Library | 343305 | Chk #62140 | 179242, DOC - Library Copies,    Inv. Date: 12/08/2005 | -10.20 | 114.04 |
| 12/09/05 | Disbursements | 84 Library | 343305 | Chk #62140 | 179235, DOC - Library Copies,    Inv. Date: 12/08/2005 | -.40 | 113.64 |
| 12/09/05 | Disbursements | 84 Library | 343305 | Chk #62140 | 179227, DOC - Library Copies,    Inv. Date: 12/08/2005 | -.40 | 113.24 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178172, DOC: 523 Fund Reimburs, Inv. Date: 11/16/2005 | -.37 | 112.87 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178433, DOC: 523 Fund Reimburs, Inv. Date: 11/21/2005 | -.37 | 112.50 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178930, DOC: 523 Fund Reimburs, Inv. Date: 12/02/2005 | -.37 | 112.13 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178276, DOC: 523 Fund Reimburs, Inv. Date: 11/18/2005 | -.83 | 111.30 |
| 12/12/05 | Disbursements | 80 Postage | 346305 | Chk #62145 | 178981, DOC: 523 Fund Reimburs, Inv. Date: 12/08/2005 | -.83 | 110.47 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178171, DOC: 523 Fund Reimburs, Inv. Date: 11/16/2005 | -.37 | 110.10 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178435, DOC: 523 Fund Reimburs, Inv. Date: 11/21/2005 | -.37 | 109.73 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 179220, DOC: 523 Fund Reimburs, Inv. Date: 12/08/2005 | -1.52 | 108.21 |
| 12/12/05 | Disbursements | 80 Postage | 346305 | Chk #62145 | 179323, DOC: 523 Fund Reimburs, Inv. Date: 12/09/2005 | -.60 | 107.61 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 179219, DOC: 523 Fund Reimburs, Inv. Date: 12/08/2005 | -.83 | 106.78 |
| 12/12/05 | Disbursements | 80 Postage | 346305 | Chk #62145 | 178381, DOC: 523 Fund Reimburs, Inv. Date: 12/08/2005 | -.60 | 106.18 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 178434, DOC: 523 Fund Reimburs, Inv. Date: 11/21/2005 | -.37 | 105.81 |
| 12/12/05 | Disbursements | 81 Legal Postage | 346305 | Chk #62145 | 179221, DOC: 523 Fund Reimburs, Inv. Date: 12/08/2005 | -2.21 | 103.60 |

Time:    11:20am

d_list_inmate_trans_statement_composite

**Taylorville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA  -  Date: Start thru End;      Inmate: R12805;      Active Status Only ? : No;      Print Restrictions ? :
Yes;      Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? :
Yes;      Print Balance Errors Only ? : No

**Inmate: R12805 Holly, Christophe**                                  **Housing Unit: TAY-1A-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 10/19/05 | Point of Sale | 60 Commissary | 292728 | 98311103 | Commissary | -28.02 | 54.18 |
| 10/24/05 | Disbursements | 84 Library | 297305 | Chk #61792 | 176058, DOC - Library Copies,      Inv. Date: 09/30/2005 | -7.30 | 46.88 |
| 10/24/05 | Disbursements | 84 Library | 297305 | Chk #61792 | 176902, DOC - Library Copies,      Inv. Date: 10/20/2005 | -2.30 | 44.58 |
| 10/24/05 | Disbursements | 81 Legal Postage | 297305 | Chk #61798 | 176915, DOC: 523 Fund Reimburs, Inv. Date: 10/21/2005 | -.83 | 43.75 |
| 10/24/05 | Disbursements | 81 Legal Postage | 297305 | Chk #61798 | 176991, DOC: 523 Fund Reimburs, Inv. Date: 10/21/2005 | -.37 | 43.38 |
| 10/24/05 | Disbursements | 81 Legal Postage | 297305 | Chk #61798 | 176690, DOC: 523 Fund Reimburs, Inv. Date: 10/18/2005 | -.37 | 43.01 |
| 10/24/05 | Disbursements | 81 Legal Postage | 297305 | Chk #61798 | 176914, DOC: 523 Fund Reimburs, Inv. Date: 10/20/2005 | -1.06 | 41.95 |
| 10/24/05 | Disbursements | 81 Legal Postage | 297305 | Chk #61798 | 176205, DOC: 523 Fund Reimburs, Inv. Date: 10/04/2005 | -1.29 | 40.66 |
| 10/24/05 | Disbursements | 81 Legal Postage | 297305 | Chk #61798 | 176691, DOC: 523 Fund Reimburs, Inv. Date: 10/18/2005 | -.37 | 40.29 |
| 10/24/05 | Disbursements | 81 Legal Postage | 297305 | Chk #61798 | 176912, DOC: 523 Fund Reimburs, Inv. Date: 10/20/2005 | -.60 | 39.69 |
| 10/24/05 | Disbursements | 81 Legal Postage | 297305 | Chk #61798 | 176692, DOC: 523 Fund Reimburs, Inv. Date: 10/18/2005 | -.37 | 39.32 |
| 10/26/05 | Point of Sale | 60 Commissary | 299712 | 98311982 | Commissary | -4.75 | 34.57 |
| 10/27/05 | Disbursements | 88 R12805 | 300305 | Chk #61823 | 177219, Walkenhorst's,      Inv. Date: 10/27/2005 | -20.97 | 13.60 |
| 11/02/05 | Point of Sale | 60 Commissary | 306728 | 98312833 | Commissary | -6.31 | 7.29 |
| 11/08/05 | Disbursements | 84 Library | 312305 | Chk #61889 | 177400, DOC - Library Copies,      Inv. Date: 10/31/2005 | -.50 | 6.79 |
| 11/08/05 | Mail Room | 01 MO/Checks (Not Held) | 312205 | 800574300 | Holly, Nancy | 44.00 | 50.79 |
| 11/08/05 | Mail Room | 01 MO/Checks (Not Held) | 312205 | 800574299 | Holly, Nancy | 50.00 | 100.79 |
| 11/10/05 | Payroll | 20 Payroll Adjustment | 314105 | | P/R month of 10/2005 | .00 | 100.79 |
| 11/10/05 | Disbursements | 84 Library | 314305 | Chk #61935 | 177789, DOC - Library Copies,      Inv. Date: 11/09/2005 | -.40 | 100.39 |
| 11/10/05 | Disbursements | 84 Library | 314305 | Chk #61935 | 177732, DOC - Library Copies,      Inv. Date: 11/08/2005 | -12.70 | 87.69 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177739, DOC: 523 Fund Reimburs, Inv. Date: 11/08/2005 | -1.75 | 85.94 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177149, DOC: 523 Fund Reimburs, Inv. Date: 10/27/2005 | -.37 | 85.57 |
| 11/14/05 | Disbursements | 80 Postage | 318305 | Chk #61937 | 177086, DOC: 523 Fund Reimburs, Inv. Date: 10/25/2005 | -.60 | 84.97 |
| 11/14/05 | Disbursements | 80 Postage | 318305 | Chk #61937 | 177110, DOC: 523 Fund Reimburs, Inv. Date: 10/25/2005 | -.23 | 84.74 |
| 11/14/05 | Disbursements | 80 Postage | 318305 | Chk #61937 | 177716, DOC: 523 Fund Reimburs, Inv. Date: 11/08/2005 | -3.95 | 80.79 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177735, DOC: 523 Fund Reimburs, Inv. Date: 11/08/2005 | -2.90 | 77.89 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177391, DOC: 523 Fund Reimburs, Inv. Date: 10/31/2005 | -.37 | 77.52 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177737, DOC: 523 Fund Reimburs, Inv. Date: 11/08/2005 | -1.98 | 75.54 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177740, DOC: 523 Fund Reimburs, Inv. Date: 11/08/2005 | -.83 | 74.71 |
| 11/14/05 | Disbursements | 81 Legal Postage | 318305 | Chk #61937 | 177651, DOC: 523 Fund Reimburs, Inv. Date: 11/04/2005 | -.37 | 74.34 |
| 11/14/05 | Disbursements | 83 Copies | 318305 | Chk #61937 | 177335, DOC: 523 Fund Reimburs, Inv. Date: 10/28/2005 | -1.20 | 73.14 |

**Date:** 1/30/2006

**Time:** 11:20am

d_list_inmate_trans_statement_composite

# Taylorville Correctional Center
# Trust Fund

### Inmate Transaction Statement

REPORT CRITERIA - Date: Start thru End;    Inmate: R12805;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: R12805 Holly, Christophe**                              **Housing Unit: TAY-1A-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 10/17/05 | Payroll | 20 Payroll Adjustment | 290105 | | P/R month of 09/2005 | 15.00 | 32.42 |
| 10/18/05 | Disbursements | 84 Library | 291305 | Chk #61710 | 168237, DOC - Library Copies,  Inv. Date: 04/27/2005 | -2.40 | 30.02 |
| 10/18/05 | Disbursements | 84 Library | 291305 | Chk #61710 | 175596, DOC - Library Copies,  Inv. Date: 09/21/2005 | -8.80 | 21.22 |
| 10/18/05 | Disbursements | 84 Library | 291305 | Chk #61710 | 168421, DOC - Library Copies,  Inv. Date: 04/29/2005 | -1.80 | 19.42 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175586, DOC: 523 Fund Reimburs, Inv. Date: 09/21/2005 | -1.75 | 17.67 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175099, DOC: 523 Fund Reimburs, Inv. Date: 09/13/2005 | -.60 | 17.07 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175589, DOC: 523 Fund Reimburs, Inv. Date: 09/21/2005 | -.37 | 16.70 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175684, DOC: 523 Fund Reimburs, Inv. Date: 09/22/2005 | -1.75 | 14.95 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175999, DOC: 523 Fund Reimburs, Inv. Date: 09/29/2005 | -1.75 | 13.20 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 176208, DOC: 523 Fund Reimburs, Inv. Date: 10/04/2005 | -.83 | 12.37 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175585, DOC: 523 Fund Reimburs, Inv. Date: 09/21/2005 | -.83 | 11.54 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 176000, DOC: 523 Fund Reimburs, Inv. Date: 09/29/2005 | -1.06 | 10.48 |
| 10/18/05 | Disbursements | 80 Postage | 291305 | Chk #61711 | 175525, DOC: 523 Fund Reimburs, Inv. Date: 09/21/2005 | -.37 | 10.11 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175587, DOC: 523 Fund Reimburs, Inv. Date: 09/21/2005 | -.60 | 9.51 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 176206, DOC: 523 Fund Reimburs, Inv. Date: 10/04/2005 | -.37 | 9.14 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175998, DOC: 523 Fund Reimburs, Inv. Date: 09/29/2005 | -.60 | 8.54 |
| 10/18/05 | Disbursements | 80 Postage | 291305 | Chk #61711 | 175031, DOC: 523 Fund Reimburs, Inv. Date: 09/12/2005 | -1.52 | 7.02 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175049, DOC: 523 Fund Reimburs, Inv. Date: 09/12/2005 | -.60 | 6.42 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175100, DOC: 523 Fund Reimburs, Inv. Date: 09/13/2005 | -.37 | 6.05 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 176001, DOC: 523 Fund Reimburs, Inv. Date: 09/29/2005 | -.83 | 5.22 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175253, DOC: 523 Fund Reimburs, Inv. Date: 09/14/2005 | -.37 | 4.85 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175590, DOC: 523 Fund Reimburs, Inv. Date: 09/21/2005 | -.37 | 4.48 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175588, DOC: 523 Fund Reimburs, Inv. Date: 09/21/2005 | -.37 | 4.11 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 176136, DOC: 523 Fund Reimburs, Inv. Date: 10/03/2005 | -.60 | 3.51 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175097, DOC: 523 Fund Reimburs, Inv. Date: 09/13/2005 | -1.29 | 2.22 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 176125, DOC: 523 Fund Reimburs, Inv. Date: 10/03/2005 | -.37 | 1.85 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175094, DOC: 523 Fund Reimburs, Inv. Date: 09/13/2005 | -.37 | 1.48 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 175861, DOC: 523 Fund Reimburs, Inv. Date: 09/26/2005 | -1.06 | .42 |
| 10/18/05 | Disbursements | 81 Legal Postage | 291305 | Chk #61711 | 176126, DOC: 523 Fund Reimburs, Inv. Date: 10/03/2005 | -.37 | .05 |
| 10/19/05 | Mail Room | 04 Intake and Transfers In | 292205 | 81702 | Danville C.C. | 82.15 | 82.20 |

# Taylorville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA  -  Date: Start thru End;     Inmate: R12805;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: R12805 Holly, Christophe**                                **Housing Unit: TAY-1A-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 09/09/05 | Disbursements | 84 Library | 252305 | Chk #61485 | 174049, DOC - Library Copies,       Inv. Date: 08/22/2005 | -.40 | 87.99 |
| 09/09/05 | Disbursements | 84 Library | 252305 | Chk #61485 | 174930, DOC - Library Copies,       Inv. Date: 09/09/2005 | -9.50 | 78.49 |
| 09/09/05 | Disbursements | 84 Library | 252305 | Chk #61485 | 174562, DOC - Library Copies,       Inv. Date: 09/01/2005 | -2.50 | 75.99 |
| 09/09/05 | Disbursements | 84 Library | 252305 | Chk #61485 | 174783, DOC - Library Copies,       Inv. Date: 09/06/2005 | -.20 | 75.79 |
| 09/09/05 | Disbursements | 84 Library | 252305 | Chk #61485 | 174879, DOC - Library Copies,       Inv. Date: 09/08/2005 | -.90 | 74.89 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174054, DOC: 523 Fund Reimburs, Inv. Date: 08/22/2005 | -.60 | 74.29 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 173712, DOC: 523 Fund Reimburs, Inv. Date: 08/15/2005 | -.37 | 73.92 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174870, DOC: 523 Fund Reimburs, Inv. Date: 09/08/2005 | -.37 | 73.55 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174872, DOC: 523 Fund Reimburs, Inv. Date: 09/08/2005 | -.60 | 72.95 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174795, DOC: 523 Fund Reimburs, Inv. Date: 09/06/2005 | -.37 | 72.58 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 173711, DOC: 523 Fund Reimburs, Inv. Date: 08/15/2005 | -.37 | 72.21 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174926, DOC: 523 Fund Reimburs, Inv. Date: 09/09/2005 | -1.29 | 70.92 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174874, DOC: 523 Fund Reimburs, Inv. Date: 09/08/2005 | -.37 | 70.55 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174557, DOC: 523 Fund Reimburs, Inv. Date: 09/01/2005 | -.60 | 69.95 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174558, DOC: 523 Fund Reimburs, Inv. Date: 09/01/2005 | -1.29 | 68.66 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174560, DOC: 523 Fund Reimburs, Inv. Date: 09/01/2005 | -.37 | 68.29 |
| 09/09/05 | Disbursements | 90 Medical Co-Pay | 252305 | Chk #61502 | 173745, DOC: 523 Fund Reimburs, Inv. Date: 08/15/2005 | -2.00 | 66.29 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174873, DOC: 523 Fund Reimburs, Inv. Date: 09/08/2005 | -.37 | 65.92 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174300, DOC: 523 Fund Reimburs, Inv. Date: 08/26/2005 | -.60 | 65.32 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174057, DOC: 523 Fund Reimburs, Inv. Date: 08/22/2005 | -.37 | 64.95 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174794, DOC: 523 Fund Reimburs, Inv. Date: 09/06/2005 | -.37 | 64.58 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 173707, DOC: 523 Fund Reimburs, Inv. Date: 08/15/2005 | -.37 | 64.21 |
| 09/09/05 | Disbursements | 81 Legal Postage | 252305 | Chk #61502 | 174925, DOC: 523 Fund Reimburs, Inv. Date: 09/09/2005 | -2.44 | 61.77 |
| 09/12/05 | Disbursements | 88 R12805 | 255305 | Chk #61523 | 174978, Walkenhorst's,       Inv. Date: 09/12/2005 | -20.97 | 40.80 |
| 09/13/05 | Point of Sale | 60 Commissary | 256726 | 98307459 | Commissary | -26.57 | 14.23 |
| 09/19/05 | Mail Room | 01 MO/Checks (Not Held) | 262205 | 4585578911 | Holly, Nancy | 20.00 | 34.23 |
| 09/19/05 | Disbursements | 84 Library | 262305 | Chk #61553 | 175073, DOC - Library Copies,       Inv. Date: 09/12/2005 | -2.80 | 31.43 |
| 09/20/05 | Point of Sale | 60 Commissary | 263726 | 98308376 | Commissary | -16.31 | 15.12 |
| 09/23/05 | Disbursements | 84 Library | 266305 | Chk #61624 | 175739, DOC - Library Copies,       Inv. Date: 09/23/2005 | -1.90 | 13.22 |
| 10/04/05 | AP Correction | 84 Library | 277505 | Chk #60617 Voided | 168237 - DOC - Library Copies | 2.40 | 15.62 |
| 10/04/05 | AP Correction | 84 Library | 277505 | Chk #60617 Voided | 168421 - DOC - Library Copies | 1.80 | 17.42 |

**Taylorville Correctional Center**
**Trust Fund**

d_list_inmate_trans_statement_composite

Inmate Transaction Statement

REPORT CRITERIA  -  Date: Start thru End;    Inmate: R12805;    Active Status Only ? : No;    Print Restrictions ? :
Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? :
Yes;    Print Balance Errors Only ? : No

**Inmate: R12805 Holly, Christophe**                     **Housing Unit: TAY-1A-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173172, DOC: 523 Fund Reimburs, Inv. Date: 08/01/2005 | -.60 | 25.71 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 171827, DOC: 523 Fund Reimburs, Inv. Date: 06/30/2005 | -.37 | 25.34 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 172771, DOC: 523 Fund Reimburs, Inv. Date: 07/25/2005 | -1.29 | 24.05 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173314, DOC: 523 Fund Reimburs, Inv. Date: 08/04/2005 | -.37 | 23.68 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173307, DOC: 523 Fund Reimburs, Inv. Date: 08/04/2005 | -.37 | 23.31 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173167, DOC: 523 Fund Reimburs, Inv. Date: 08/01/2005 | -3.85 | 19.46 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173170, DOC: 523 Fund Reimburs, Inv. Date: 08/01/2005 | -.60 | 18.86 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173221, DOC: 523 Fund Reimburs, Inv. Date: 08/03/2005 | -.83 | 18.03 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 172484, DOC: 523 Fund Reimburs, Inv. Date: 07/15/2005 | -.37 | 17.66 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173169, DOC: 523 Fund Reimburs, Inv. Date: 08/01/2005 | -.37 | 17.29 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 172065, DOC: 523 Fund Reimburs, Inv. Date: 07/07/2005 | -.60 | 16.69 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 172770, DOC: 523 Fund Reimburs, Inv. Date: 07/25/2005 | -1.75 | 14.94 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173179, DOC: 523 Fund Reimburs, Inv. Date: 08/01/2005 | -.37 | 14.57 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 172228, DOC: 523 Fund Reimburs, Inv. Date: 07/11/2005 | -.60 | 13.97 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173313, DOC: 523 Fund Reimburs, Inv. Date: 08/04/2005 | -.37 | 13.60 |
| 08/15/05 | Disbursements | 80 Postage | 227305 | Chk #61329 | 173355, DOC: 523 Fund Reimburs, Inv. Date: 08/05/2005 | -.37 | 13.23 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173171, DOC: 523 Fund Reimburs, Inv. Date: 08/01/2005 | -.60 | 12.63 |
| 08/15/05 | Disbursements | 80 Postage | 227305 | Chk #61329 | 171580, DOC: 523 Fund Reimburs, Inv. Date: 07/11/2005 | -.37 | 12.26 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 172311, DOC: 523 Fund Reimburs, Inv. Date: 07/12/2005 | -.37 | 11.89 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 172059, DOC: 523 Fund Reimburs, Inv. Date: 07/07/2005 | -1.06 | 10.83 |
| 08/15/05 | Disbursements | 80 Postage | 227305 | Chk #61329 | 172504, DOC: 523 Fund Reimburs, Inv. Date: 07/18/2005 | -.46 | 10.37 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 172767, DOC: 523 Fund Reimburs, Inv. Date: 07/25/2005 | -.60 | 9.77 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173636, DOC: 523 Fund Reimburs, Inv. Date: 08/12/2005 | -.37 | 9.40 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173637, DOC: 523 Fund Reimburs, Inv. Date: 08/12/2005 | -.37 | 9.03 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173639, DOC: 523 Fund Reimburs, Inv. Date: 08/12/2005 | -.83 | 8.20 |
| 08/15/05 | Disbursements | 81 Legal Postage | 227305 | Chk #61329 | 173640, DOC: 523 Fund Reimburs, Inv. Date: 08/12/2005 | -1.06 | 7.14 |
| 08/17/05 | Point of Sale | 60 Commissary | 229712 | 98304685 | Commissary | -3.89 | 3.25 |
| 09/09/05 | Payroll | 20 Payroll Adjustment | 252105 | | P/R month of 08/2005 | 10.14 | 13.39 |
| 09/09/05 | Mail Room | 01 MO/Checks (Not Held) | 252205 | 1727719 | Samec, William | 50.00 | 63.39 |
| 09/09/05 | Mail Room | 01 MO/Checks (Not Held) | 252205 | 1727720 | Samec, William | 25.00 | 88.39 |

E-FILED
Tuesday, 21 March, 2006  11:39:20 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HOLLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3060 |
| | ) | |
| DENTAL ASSISTANT "JANE DOE", | ) | |
| Individually; DENTIST "JOHN DOE", | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COME the Plaintiff, CHRISTOPHER HOLLY, pro se, and for his Complaint against the Defendants "Jane Doe" and "John Doe" alleges as follows:

## JURISDICTION AND VENUE

1.  This is an action for damages and equitable relief to redress the deprivation of rights secured to Plaintiff by virtue of the 8th Amendment.

2.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331.

3.  Venue is proper by virtue of such rules/statues governing such cause of action presented for review by this Court pursuant to 28 U.S.C. §1391(b).

## PARTIES

4.  Plaintiff Christopher Holly was at all times relevant hereto an inmate at Taylorville Correctional Center. Plaintiff is currently incarcerated at Logon Correctional Center.

5.  Defendant Jane Doe was at all times relevant hereto a Dental Assistant under contract at Taylorville Correctional Center/ Illinois Department of Corrections to provide dental services to inmates at Taylorville Correctional Center.

6.  Defendant John Doe was at all times relevant hereto a Dentist under contract at Taylorville Correctional center/Illinois Department of Corrections to provide dental services to inmates at Taylorville Correctional Center.

### PREVIOUS LAWSUITS

7.  Plaintiff has filed the following actions within the past year in Federal Court:

> Christopher Holly v. Jane Doe
> U.S.D.C. Urbana Division #04-2220

### EXHAUSTION OF REMEDIES

8.  January 30, 2006, Plaintiff deposited a grievance within the Taylorville Correctional Center U.S. Mail Box, requesting that he be scheduled for dental treatment, and to be financially compensated for not receiving necessary dental care. (See Attached)

9.  Taylorville Correctional Officials failed to respond to said dental grievance submitted by Plaintiff.

10. Plaintiff alleges the fact he has submitted a grievance pursuant to the PLRA, and that Taylorville Correctional Officials have failed to respond to said dental grievance, Plaintiff has "exhausted his available remedies". See Lewis v. Washington, 300 F.3d 829 (7th Cir. 2002)

### FACTS

11. On or about October 1, 2005, Plaintiff was examined by Defendants Jane Doe and John Doe to assess Plaintiffs current dental condition.

12. Defendants Jane Doe and John Doe took several x-rays of Plaintiffs teeth.

13.  After examining said x-rays, Defendants Jane Doe and John Doe noticed Plaintiff had several cavities that need treatment.

14.  Defendants Jane Doe and John Doe informed Plaintiff he would be placed on a "waiting list" to receive treatment for said cavities.

15.  February 1, 2006 Plaintiff was transferred to Logon Correctional Center. Plaintiff was never treated for said cavity problem.

### COUNT I - FAILURE TO PROVIDE ADEQUATE DENTAL CARE

16.  Plaintiff realleges and incorporates by reference the allegations contained in paragraph[s] 1-15 as though fully restated herein.

17.  Defendants Jane Doe and John Doe acted with deliberate indifference to Plaintiffs dental needs by failing to provide necessary dental treatment of Plaintiffs cavities.

18.  As a direct result of the aforementioned Defendants deliberate indifference to Plaintiffs dental needs, Plaintiff has suffered continual/daily pain and suffering resulting from said cavities, and has further resulted in Plaintiffs teeth being damaged by said cavities at a progressional rate each day said cavities are not properly treated.

### RELIEF

WHEREFORE, Plaitiff requests that this Court enter a judgment:

19.  Finding the acts and practices of the Defendants complained herein constitutes deliberate indifference to his dental needs.

20.  Finding the acts and practices of the Defendants complained herein constitute cruel and unusual punishment as so defined within and throughout the 8th Amendment, thereby depriving Plaintiff of such constitutional right.

21.   Awarding Plaintiff monetary damages.

22.   Awarding Plaintiff compensatory damages.

23.   Awarding Plaintiff punitive damages.

24.   Awarding Plaintiff prospective damages.

25.   Awarding Plaintiff his reasonable costs and lega fee's in
      this action; and

26.   Granting Plaintiff such other and further relief this Court
      deems necessary and proper.

Respectfully submitted,

*Christopher Holly*

Christopher Holly, CPL
Pro Se Plaintiff

Christopher Holly
R12805
P.O. Box 1000
Lincoln, IL 62656

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

(MY COPY)

| te: 1/30/06 | Committed Person: (Please Print)   CHRISTOPHER HOLLY | ID#: R12805 |
|---|---|---|

| Present Facility: TAYLORVILLE | Facility where grievance issue occurred: TAYLORVILLE |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ■ Medical Treatment    ☐ Other (specify): _____
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ____/____/____     _____
                Date of Report                       Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer,** only if EMERGENCY grievance.
     **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

**Brief Summary of Grievance:** I AM GRIEVING THAT I HAVE BEEN PLACED ON A WAITING LIST

TO TAKE CARE OF SEVERAL CAVITIES, BUT AS OF THIS DATE HAVE NOT RECEIVED

SAID NECESSARY DENTAL CARE.

_____

_____

_____

_____

_____

_____

**Relief Requested:** I AM REQUESTING THAT I BE SCHEDULED FOR SAID DENTAL TREATMENT,

AND THAT I BE FINACNIALLY COMPENSATED FOR NOT RECEIVING SAID NECESSARY

DENTAL CARE.

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Christopher Holly_       R12805       1 / 30 / 06
Committed Person's Signature       ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____
Print Counselor's Name           Counselor's Signature           ____/____/____ Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____     Is this determined to be of an emergency nature?     ☐ Yes; expedite emergency grievance
                                              ☐ No; an emergency is not substantiated.
                                              Committed person should submit this grievance in the normal manner.

_____       ____/____/____
Chief Administrative Officer's Signature           Date