UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTOPHER HOLLY,

    Plaintiff,

vs.        06-3060

JANE DOE et al.,

    Defendants.

### Order Denying Motion to Proceed In Forma Pauperis

The plaintiff, an inmate currently incarcerated in Logan Correctional Center, has filed a complaint pursuant to 42 U.S.C. § 1983 about the defendants failure to fix his cavities while he was incarcerated at Taylorville Correctional Center.

28 U.S.C. § 1915(g) bars a prisoner from proceeding in forma pauperis in a civil suit "if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

The plaintiff has brought at least three civil actions in federal court during his incarceration that were so dismissed: *Holly v. Filishio*, 03-5048 (N.D. Ill.)(dismissed 8/5/04 for failure to state a claim); *Holly v. Collins*, 03-2562 (N.D. Ill.)(dismissed 4-25-03 for failure to state a claim); *Holly v. Boudreau*, 03-8867 (N.D. Ill.)(dismissed 3-9-04 as frivolous and malicious).

Nothing in the plaintiff's complaint permits an allegation that he is in imminent danger of serious physical injury. The plaintiff's motion to proceed in forma pauperis must accordingly be denied and this case dismissed. The plaintiff may refile his complaint if he pays the $250.00 filing fee in full at the time of filing.

IT IS THEREFORE ORDERED that the plaintiff's Application to Proceed In Forma Pauperis [d/e 1] is denied pursuant to 28 U.S.C. Section 1915(g) and the complaint is dismissed in its entirety, without prejudice, for failure to pay the filing fee. All other pending motions, if any, are denied as moot. This case is closed.

Enter this __22nd__ Day of __March__, 2006.

**s\Harold A. Baker**
_____
Harold A. Baker
United States District Judge