**E-FILED**
Thursday, 23 March, 2006  03:42:50 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**CHRISTOPHER HOLLY,**
> **Plaintiff,**

vs.                                                   Case Number:    **06-3060**

**JANE DOE and**
**JOHN DOE,**
> **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


  X **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


   **IT IS ORDERED AND ADJUDGED** pursuant to Order entered by Judge Harold A. Baker, the plaintiff's Application to Proceed In Forma Pauperis (d/e 1) is denied pursuant to 28 U.S.C. Section 1915(g) and the complaint is dismissed in its entirety, without prejudice, for failure to pay the filing fee.  This case is closed.


ENTER this 23rd day of March 2006

s/ John M. Waters
JOHN M. WATERS, CLERK


s/ M. Rankin

_____

BY:  DEPUTY CLERK