E-FILED
Wednesday, 26 April, 2006  05:00:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CHRISTOPHER HOLLY,           )
                             )
    Plaintiff,                )
                             )
    v.                        )  No. 06-3060
                             )
DENTAL ASSISTANT "JANE DOE", et al,)
                             )
    Defendants.              )

## NOTICE OF APPEAL

PLEASE TAKE NOTICE this an appeal to the 7th Circuit of the above courts order denying Plaintiff's Motion To Proceed In Forma Pauperis, as so entered March 22, 2006.

4/18/2006                          Respectfully submitted,
Date
                                   Christopher Holly, CPL
                                   Pro Se Plaintiff
                                   R12805
                                   P.O. Box 900
                                   Robinson, IL 62454