UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

TO:  District Court Clerk's Office

RE:  Notice of Docketing

    The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:    06-2194              Docketed on: 4/28/06
Short Caption:          Holly, Christopher v. Doe, Jane
District Court Judge:   Harold A. Baker
District Court No.:     06 C 3060
```

    If you have any questions regarding this appeal, please call this office.

(1003-012490)