CHRIS HOLLY  
R12805  
P.O. BOX 1000  
LINCOLN, IL 62656

June 14, 2006

John M. Waters  
Clerk of the Court  
United States District Court  
Central District of Illinios  
218 U.S. Courthouse  
201 S. Vine St.  
Urbana, IL 61802

**FILED**  
JUN 19 2006  
JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA, IL

Re: <u>Holly v. Leibach, et al.</u>     <u>Holly v. Jane Doe</u>     <u>Holly v. Jane Doe</u>  
    Case # 03-2109              Case # 04-0222              Case # 06-3060

Dear Mr. Walters:

Please update my new mailing address in the above captioned matters.

                                                      Sincerely,

                                                      Christopher Holly, CPL  
                                                      Pro Se Plaintiff

CC: cgh  
    David M. Walter  
    Matthew Lurkins