E-FILED
Wednesday, 05 July, 2006 12:08:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CHRISTOPHER HOLLY, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-CV-3060 |
| JANE DOE, et al., | ) |
| Defendants. | ) |

FILED
JUL 0 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### MOTION TO ORDER THE CLERK TO RETURN COPY OF MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS TO PLAINTIFF

NOW COMES Plaintiff, CHRISTOPHER HOLLY, pro se and submitts his Motion To Order The Clerk To Return Copy Of Motion To Proceed On Appeal In Forma Pauperis To Plaintiff. In support of his Motion, Plaintiff states as follows:

1. On or about May 16, 2006, Plaintiff-Appellant filed a Motion To Proceed On Appeal In Forma Pauperis, with Clerk of the seventh Circuit.

2. May 17, 2006, the Seventh Circuit entered an order, holding Plaintiff should have filed said motion in the District Court, thereby transferring said motion to the District Court. (See Exhibit A)

3. May 30, 2006, Plaintiff forwarded a correspondence to the Clerk of the Seventh Circuit, explaining his prison was on "lock down", and therefore was unable to access the law library to make additional copies of said motion. Plaintiff requested that the Clerk of the Court return a copy of said motion to him, or instruct the Clerk of the District Court to return a copy to Plaintiff. (See Exhibit B)

4. Plaintiff has not received a copy of said motion from either Clerk.

5. In its May 17, 2006, Order the Seventh Circuit reminded Plaintiff if the District Court denies the In Forma Pauperis motion, he must "refile" the motion with the Clerk of the Seventh Circuit.

6. June 20, 2006, the District Court denied Plaintiff's motion to proceed In Forma Pauperis.

7. Plaintiff alleges he <u>does</u> <u>not</u> <u>possess</u> a copy of said motion to proceed In Forma Pauperis, and therefore he <u>can</u> <u>not</u> <u>refile</u> said motion with the Clerk of the Seventh Circuit.

WHEREFORE, for the reasons stated above, Plaintiff requests this Honorable Court grant his motion, and enter a proper order instructing the Clerk of the District Court to return a copy of said motion in sufficient time to allow Plaintiff to refile said motion with the Clerk of the Seventh Circuit.

Respectfully submitted,

*Christopher Holly*
Christopher Holly, CPL
Pro Se Plaintiff
R12805
P.O. Box 1000
Lincoln, IL 62656

EXHIBITS

3:06-cv-03060-HAB-CHE    # 11    Page 3 of 6

# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

May 17, 2006

By the Court:

| | |
|---|---|
| CHRISTOPHER HOLLY,<br>    Plaintiff-Appellant,<br><br>No. 06-2194      v.<br><br>JANE DOE and JOHN DOE,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 06 C 3060<br>]<br>] Harold A. Baker,<br>]     Judge. |

## ORDER

The following is before the court:

1. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on May 16, 2006, by the pro se appellant.

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer #1 to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.

(A)

CHRISTOPHER HOLLY
R12805
P.O. BOX 900
ROBINSON, IL 62454

May 30, 2006

Gino J. Agnello
Clerk of the Appellate Court
for the Seventh Circuit
219 South Dearborn St., 2722
Chicago, IL 60604

Re: Holly v. Jane Doe, et al.,
    U.S.D.C. 06-C-3060
    U.S.C.A. 06 2194

Dear Mr. Agnello:

May 17, 2006, your office transferred my Motion To Proceed On Appeal In Forma Pauperis to the district court. (See Attached Order)

When I forwarded the Motion to your officr, I explained we were on "lock down", and therefore unable to make a copy of said Motion. I further asked your office to make a copy of said Motion, and return it "File Stamped".

Can you please return a copy of said Motion, or instruct the district court to return a copy to me.

Your attention to this matter is greatly appreciated.

                                        Sincerely,

                                        Christopher Holly
                                        Christopher Holly, CPL
                                        Pro Se Plaintiff-

CC: cgh
    enclosure

(B)

IN THE UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
URBANA DIVISION

CHRISTOPHER HOLLY, )
)
    Plaintiff, )
)
-vs- ) No. 06-CV-3060
)
JANE DOE, et al., )
)
    Defendant(s). )

## NOTICE OF FILING

TO: Clerk of Court
218 U.S. Courthouse
201 S. Vine St.
Urbana, IL 61802

Please take notice that I caused to be filed with the Clerk of the District Court the following document(s): MOTION TO ORDER THE CLERK TO RETURN COPY OF MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS TO PLAINTIFF.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on __June 28__, 2006, I served a copy of this notice and the attached docunment(s) to the person(s) listed above ny enclosing same in an envelope, postage fully paid, plainly addressed to said person(s) at the address indicated, and by:

■ depositing said envelope in the U.S. Mail sysytem at ~~Taylorville~~ Correctional Center, (Logan) thereby invoking the Mailbox Rule.

[ ] depositing said envelope in a U.S. Post Office Mail Box in Aurora, Illinois, thereby invoking the Mailbox Rule.

*Christopher Holly*
Christopher Holly, CPL
Pro Se Plaintiff
R12805
P.O. Box 1000
~~Taylorville, IL 62568~~
Lincoln, IL 62656