


# United States District Court

JOHN M. WATERS  
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217.492.4020  
FAX: 217.492.4028

OFFICE OF THE CLERK  
151 U.S. COURTHOUSE  
600 EAST MONROE STREET  
SPRINGFIELD, ILLINOIS 62701

GINO AGNELLO, CLERK  
COURT OF APPEALS  
219 S. Dearborn St.  
Chicago, IL 60604

ATTN: ERIC FROST

         RE:      Holly v. Doe, et al  
         D. C. Docket No.    06-3060  
         U. S. C. A. Docket No. 06-2194

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

1 Volume of Pleadings

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

         Very truly yours,

         s/John M. Waters  
         JOHN M. WATERS, CLERK

         BY: s/M. Stewart  
            Deputy Clerk