3:06-cv-03060-HAB-CHE    # 14    Page 1 of 1

3:06-cv-03060-HAB-CHE    # 13-1    Page 1 of 1

E-FILED
Tuesday, 01 August, 2006 02:35:13 PM
Clerk, U.S. District Court, ILCD

Monday, 24 July, 2006 02:30:05 PM
Clerk, U.S. District Court, ILCD



FILED
JUL 31 2006
JOHN M. WATERS, Clerk
CLERK OF COURT, DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

# 06-2194

U.S.C.A.—7th Circuit
RECEIVED
JUL 25 2006  JC
GINO J. AGNELLO
CLERK

ATTN:  ERIC FROST

RE:        Holly v. Doe, et al
D. C. Docket No.      06-3060
U. S. C. A. Docket No. 06-2194

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1 Volume of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

s/John M. Waters
JOHN M. WATERS, CLERK

BY: s/M. Stewart
    Deputy Clerk

U.S.C.A.—7th Circuit
FILED
JUL 26 2006  DP
GINO J. AGNELLO
CLERK
DOC. #_____