**E-FILED**
Friday, 15 September, 2006  04:02:16 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 11, 2006

**FILED**

SEP 1 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

**Hon.** ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| CHRISTOPHER HOLLY,<br>        Plaintiff-Appellant,<br><br>No. 06-2194                 v.<br><br>JANE DOE and JOHN DOE,<br>        Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 06 C 3060<br>]<br>] Harold A. Baker,<br>]       Judge. |

The following are before the court:  the appellant's request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the record on appeal, and the district court's order denying leave to proceed in forma pauperis.

A review of this case indicates that the appellant is not permitted to proceed in forma pauperis under § 1915(g).  The district court properly determined that, on three or more prior occasions, the appellant has brought an action that was dismissed on the grounds that it is frivolous or fails to state a claim upon which relief may be granted.  *Robinson v. Powell*, 297 F.3d 540, 541 (7th Cir. 2002).  In this case, the appellant has not demonstrated imminent danger of a serious physical injury pursuant to § 1915(g).  Accordingly,

**IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED.**  *See* 28 U.S.C. § 1915(g).  The appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b).  *Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997).