# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: October 16, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
U.S. Courthouse & Federal Building
Springfield, IL 62701

FROM: Clerk of the Court

RE: 06-2194
Holly, Christopher v. Doe, Jane
06 C 3060, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

The record that was filed with this court in this cause will be returned at a later date.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____        _____
(1203-052495)                         Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: October 16, 2006

By the Court:

No. 06-2194

CHRISTOPHER HOLLY,
    Plaintiff - Appellant

v.

JANE DOE and JOHN DOE,
    Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 06 C 3060, Harold A. Baker, Judge

    The pro se appellant has failed to pay the required fee as directed in this court's 9/11/06 fee letter. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b).

(1256-PLRA(r)-082499)

A True Copy:
Teste:

_____ deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit