# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

E-FILED
Friday, 26 January, 2007 03:30:31 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE OF RECORD RETURN

DATE:   January 24, 2007

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        151 U.S. Courthouse
        600 E. Monroe Street
        U.S. Courthouse & Federal Building
        Springfield, IL  62701

FROM:   Clerk of the Court

RE:     06-2194
        Holly, Christopher v. Doe, Jane
        06 C 3060, Harold A. Baker, Judge

The mandate or agency closing letter in this cause issued on 10/16/06.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Volumes Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: __1/26/07__                    /s/ B. Hansen
                                     _____
(1073-042591)                        Deputy Clerk, U.S. District Court
                                     or Agency Representative